## Index of Petitioner's Exhibits

A. Notice of Action on Appeal dated November 29, 2005

B. Notice of Action dated July 8, 2005 and Interim Hearing Summary

C. Notice of Action dated January 8, 1997

D. Notice of Action on Appeals Board dated August 19, 1997

E. *Furnari v. Warden, Allenwood FCI*, 218 F.3d 250(3d Cir. 2000)

F. Notice of Action to Reopen Hearing

G. Notice of Action dated December 27, 2000

H. Notice of Action on Appeal dated April 24, 2001

I. *Furnari v. US Parole Commission*: Decision (J. Muir)

J. Notice of Action dated August 13, 2002

K. Notice of Action on Appeal dated November 18, 2002

L. Furnari v. US Parole Commission 03 CIV 2046: Order dated March 10, 2004

M. Appeal to National Appeals Board, September, 2005

N. Kelly Letter dated January 2, 1996

O. Stamboulidis Affidavit

P. Notice of Action on Appeal dated April 2, 1999

Q. Transcript of Hearing dated June 8, 2005

R. Supplemental Submission following June 8, 2005 hearing

S.  D'Arco FD- 302 dated February 4, 1992

T.  *United States v. Gigante,* 93 CR 368 (JBW): D'Arco testimony

U.  Initial Hearing Summary dated December 3, 1996

V.  *United States v. Pagliarulo,* 92 CR-01112 (JBW): Carew Testimony

W.  <u>Underboss, Sammy the Bull Gravano's Life in the Mafia</u> (excerpt)

X.  Affidavit of George Zappola

Y.  Mario Gallo Bail Hearing

Z.  George Zappola Plea

AA. "The Sentencing Options of Federal District Judges"