FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/25/91

A Cooperating Witness (CW) advised that ANGELO RUGGIERO (now deceased) hated ANTHONY CASSO, also known as (aka) "Gas", current "Underboss" of the LUCHESE La Cosa Nostra (LCN) Family, because CASSO had called RUGGIERO a "rat" years before. After GAMBINO "Underboss" FRANK DE CICCO was killed, in April, 1986, RUGGIERO's associate, MICHAEL PARADISO, aka "Mickey Boy", a GAMBINO "Soldier" conned JAMES HYDELL into thinking that ANTHONY CASSO should be killed in retaliation of DE CICCO's murder.

HYDELL, in fact botched up his attempt to kill CASSO, and was grabbed weeks later by members of the LUCHESE LCN Family. HYDELL was asked to give a full account of the situation. In the interim, members of the GAMBINO LCN Family, JAMES FAILLA, aka "Jimmy Brown", and JOSEPH CORRAO, aka "Joe Butch", were brought to where HYDELL was being questioned. In addition, JOSEPH ARMONE, aka "Joe Piney", was also advised of this matter.

HYDELL was subsequently killed by CASSO's people.

PARADISO and RUGGIERO never conceded to the fact that they were behind the attempt to kill CASSO.

---

Investigation on __11/14/91__ at __Undisclosed__                File # __BO 183A-3507 Sub Q__

by __SSA J. BRUCE MOUW, SAS GEORGE GABRIEL and
   CARMINE F. RUSSO/CFR/dam__           Date dictated __11/19/91__

(38)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  12/3/91

Knowledgeable of the identities of the interviewing Agents, ALPHONSO D'ARCO provided the following information:

JIMMY HEIDEL was murdered by ANTHONY CASSO. CASSO tortured him in a cellar at a location unknown to D'ARCO. CASSO and VIC AMUSO first told D'ARCO in about the Spring of 1990 about HEIDEL's murder while near the CAPTAIN'S TABLE or a cappucino restaurant in the Sheepshead Bay section of Brooklyn, New York. Part of the phraseology utilized by CASSO at that time referring to HEIDEL was that "we killed" him. D'ARCO does not remember the exact conversation, but is confident that CASSO murdered HEIDEL and that the discussion began about HEIDEL began when "FAT" RALPHIE PARADISO, MICKEY PARADISO's brother, had been asking for D'ARCO through PETE DELCIOPPO.

D'ARCO advised that HEIDEL had shot CASSO and after HEIDEL was killed by CASSO, CASSO was enraged at BRUNO FACCIOLA because FACCIOLA was perceived by CASSO as not supporting him. CASSO made statements about FACCIOLA not stopping at CASSO's house anymore since the killing of HEIDEL while FACCIOLA was, at the same time, showing some allegiance with his GAMBINO associates in CASSO's view.

It was near CASSO's home on yet another occasion that D'ARCO remembers CASSO making reference to killing HEIDEL and implicating himself again to D'ARCO.

In about April or May, 1991, PETE DELCIOPPO or FRANK TRAPANI drove D'ARCO to a pay telephone on either Northern Boulevard or Glenn Cove Road and, while conversing with ANTHONY CASSO on the telephone, D'ARCO was told again by CASSO that he had killed JIMMY HEIDEL. While referring to JIMMY "BROWN" FAILLA, CASSO stated that "we should have had <u>him</u> down in the cellar", instead of, or in addition to, HEIDEL.

---

Investigation on  11/21/91       at Undisclosed            File #

by  SAs JOHN L. KAPP, WILLIAM J. CONFREY,
    and VINCENT J. PRESUTTI/VJP/mab           Date dictated  11/26/91

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FEDERAL BUREAU OF INVESTIGATION

Date of transcription __2/4/92__

ALPHONSO D'ARCO, age 59, was interviewed by Special Agent (SA) JOHN L. KAPP of the FEDERAL BUREAU OF INVESTIGATION (FBI), concerning the development of his progression with the LUCHESE LA COSA NOSTRA (LCN) Family. D'ARCO provided the following information:

D'ARCO was born July 28, 1932, in Brooklyn, New York. He attended grammar school at P.S. 67 in Brooklyn then switched to St. Patrick's Academy. He then attended Haaren High, and eventually left school when he was fifteen years old. After quitting school, he went to work for his father.

From age 15 on, D'ARCO started to get exposed to various aspects of organized crime. His immediate family was not "connected", however, there were several friends and relatives that were. Aside from normal street exposure, a cousin on his mother's side was an individual named JOE SICA, who was the consigliere of the LCN family in Pittsburg. SICA's boss at that time was JOHN LAROCCA. There were also members of Organized Crime from Summerville, Massachusetts, namely ANGELO SPERO and others, that visited his family. D'ARCO's aunt worked at a coat factory in Farmingdale, Long Island, that was owned by TOMMY "THREE FINGERS BROWN" LUCHESE and JOSEPH "JOE REESE" SCHIAVO (LUCHESE member).

D'ARCO began to get involved in various street crimes while still in his teens. In 1951, he joined the United States Army and was honorably discharged in 1953. D'ARCO returned to street crime after his discharge, and in 1960, he was arrested for attempted receiving of stolen stock certificates. D'ARCO was sentenced to five years in Sing Sing. Just prior to being sentenced, he was becoming "close" to JOE SCHIAVO.

While in Sing Sing (1961-1966), D'ARCO met BENNY WICKER, JAKIE COLUMBO, and SALVATORE "BABE" VARIO. VIC AMUSO was also in Sing Sing at this time. D'ARCO had first met AMUSO in 1959 at a "bust out operation" at Washington and Flushing Avenues in Brooklyn. D'ARCO took care of JAKIE COLUMBO and "BABE" VARIO while incarcerated. JOE SCHIAVO had sponsored "BABE" VARIO, JAKIE COLUMBO, and an individual PETER ABINANTI into the LUCHESE family. At this point, while still in prison, D'ARCO more or less committed himself to the LUCHESE crew.

---

Investigation on __11/14, 12/1, 12/20 & 1/29/92__    File # _____

by __SA JOHN L. KAPP/mab__    Date dictated __2/3/92__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ation of FD-302 of _____ , On _____ , Page _____
4,12/1,12/20&1/29/92                                      2

     D'ARCO left prison in March of 1966 and met again with JOE SCHIAVO and from then on his allegiance was "on record" with the LUCHESE family. D'ARCO started to do "strong arm" work for SCHIAVO while at the same time he started associating with PAUL VARIO and his brother "BABE", who had been subsequently released from prison.

     JOE SCHIAVO was "grooming" D'ARCO, trying to keep him away from basic street crimes and put him on a higher level. During this period, D'ARCO occasionally ran into VIC AMUSO.

     At one point, D'ARCO associated with the GENOVESE faction in Manhattan, specifically DAVID "DAVIDO" PETILLO. This went on for a few years, however, D'ARCO would still have to report to the LUCHESE(s) every week or two. D'ARCO had earlier been granted permission by the LUCHESE(s) to associate with the GENOVESE. D'ARCO eventually got into a dispute with PETILLO, and D'ARCO returned full time to the LUCHESE faction.

     Around 1974, JOE SCHIAVO asked PAUL VARIO to "make" D'ARCO. On a snowy Sunday, just prior to PAUL VARIO going away to prison, D'ARCO was summoned to GEFKINS BAR in Brooklyn. D'ARCO's name had been previously circulated and okayed by the other LCN families to be accepted as a "made" guy. VARIO instructed everyone at GEFKINS that D'ARCO was to be treated as a "made" member of the crew. However, due to politics within the family, D'ARCO was not "made" at this time.

     For almost seven years, D'ARCO continued to work for JOE SCHIAVO. He was being treated as a member, going to family functions, and "sit downs". However, SCHIAVO was getting upset that D'ARCO was not yet officially "made".

     Two meetings were eventually held, one at the 19TH HOLE and the other at the ALTA DONNA RESTAURANT where JOE SCHIAVO complained to people like CHRIS FURNARI, JOE LARATRO, and VIC AMUSO that PAUL VARIO was dragging his feet concerning D'ARCO. AMUSO then went to VARIO and asked him why it's taking so long to initiate D'ARCO. Shortly after AMUSO's talk with VARIO, VARIO contacted D'ARCO and told him to "get dressed". With this statement, D'ARCO knew that he was going to be "made".

     On August 23, 1982, D'ARCO met with CHARLES and PETER DIPALERMO at Prince Street in Manhattan. They drove up to the Bronx where they met up with LOUIE DAIDONE, SALLY DISIMONE, and FRANK MANZO. They all got into one car with DISIMONE driving. They drove around for some time before going to a designated house. At the house, D'ARCO was

ation of FD-302 of  4,12/1,12/20&1/29/92 _____ . On _____ . Page __3__

told to sit and wait until he was called for. Waiting with D'ARCO was LOUIE DAIDONE, JOSEPH GIAMPA, JOE LAMORTE, FRANK TACETTA, and another individual described as CHRIS FUNARI's brother-in-law, who has not been seen in the past few years.

SALVATORE AVELLINO eventually called D'ARCO into the other room. Seated at the table were ANTONINO CORALLO, SALVATORE SANTORO, PAUL VARIO, and VIC AMUSO. Also in the room, but not at the table, were SALVATORE AVELLINO, RICHARD DELUCA, FRANK MANZO, and CHARLES and PETER DIPALERMO. On the table was a gun and a knife, placed under a towel. They asked D'ARCO, "Do you know why you are here?" D'ARCO replied "no". SALVATORE SANTORO then said, "If you're asked to kill somebody would you do it?" D'ARCO shrugged his shoulders, meaning yes. SANTORO then asked PAUL VARIO if he had a pin. As ANTONINO CORALLO was explaining to D'ARCO what he had to do, D'ARCO gave VARIO his trigger finger. VARIO pricked D'ARCO's finger with the pin and allowed some blood to drip onto some tissue-like paper. VARIO lit the paper as D'ARCO was holding it. While this part was going on, SALVATORE SANTORO was saying, "You live by the gun and knife and you die by the gun and knife and if you betray anyone in this room or any friends of ours may my soul burn in hell like this paper."

They then introduced D'ARCO saying, "This is you boss ANTONINO CORALLO, this is your underboss SALVATORE SANTORO, and this is your caporegime PAUL VARIO." He was then told the identities of the bosses of the other New York families. RUSTY RUSTELLI, BONANNO; JR. PERSICO, COLUMBO; "CHIN" GIGANTE, GENOVESE; and PAUL CASTELLANO, GAMBINO. D'ARCO was then introduced to everyone else in the room as a member.

D'ARCO then sat down as they called JOSEPH LAMORTE into the room. They then repeated the ceremony for the remainder of the candidates.

After the induction and before speeches were given, all present stood up and held hands. They refer to this as "tack up" or attaccata (PH), to tie up. The presiding boss says "La fata di questa famiglia sono aperti" (PH), meaning the affairs of this family are open.

ANTHONY CORALLO then proceeded to give instructions to the newly inducted members. They were told not to deal in narcotics, counterfeit money, or stolen stocks and bonds, to respect the families of other members and not to fool around with other members wives or daughters. CORALLO also instructed that when your captain calls, no matter what time of day or night you must respond, this family comes before your own family. When introducing one member to another, you

ation of FD-302 of _____, On _____, Page ____
4,12/1,12/20&1/29/92                                                    4

use the term "amico nostro" (PH), if the other person is not a member you merely say that this is a friend of mine. If any disputes arise that you and other members cannot resolve, you must go to your captain. You do not put your hands on other family members. Any business you conduct must be put on record with your captain. You are not to go into business with members of other families unless it is approved by your captain. You are to maintain yourself with respect at all times. Above all, you do not discuss anything about this family with members of other families, if you do not abide by these rules, you will be killed.

CORALLO finished with "whatever happened here tonight is never to be talked about". Again they "tack up", and CORALLO said, "La fata di questa famiglia sono chiuso" (PH), the affairs of this family are now closed. Everyone then had coffee and a short snack and then all carefully dispersed.

The next day, D'ARCO went to GEFKINS to meet PAUL VARIO and several members of the crew. BRUNO FACCIOLA told D'ARCO that he would hold a dinner in his (D'ARCO's) honor at his club. A few days later, FACCIOLA held a dinner for D'ARCO at a social club on Avenue D near the Brooklyn Market. Only "made" members were present. Those in attendance were PAUL VARIO, JOSEPH SCHIAVO, BRUNO FACCIOLA, DANNY CUTAIA, FRANK MANZO, PAUL D'ANNA (deceased), ROSARIO SACCO (deceased), JOE THE BARBER (LNU) (deceased), LOUIE DAIDONE, RAY ARGENTINA, PETER ABINANTI, PETER "RUGSIE" VARIO, PETER "JOCKO" VARIO, ALPHONSO CUREALE (Florida), and MIKE LABARBARA, JR. All held hands and VARIO opened the meeting.

PAUL VARIO then introduced D'ARCO to all present by age order. The old rules were discussed, such as wives must leave the room when business is discussed, concern yourself with the families of other members, who are in need.

After the dinner was over, all stood up, held hands and closed the meeting.

In November, 1982, PAUL VARIO met with D'ARCO in Florida. PAUL asked D'ARCO if he could "move" a large quantity of cocaine with RAY ARGENTINA and BIG GEORGE (LNU).

Initially D'ARCO thought VARIO was testing him, but he later found out VARIO was sincere.

tion of FD-302 of _____, On _____, Page _____
, 12/1, 12/20&12/29/92                                           5

D'ARCO did not participate in the deal. D'ARCO had in the past dealt in some narcotics transactions with RAFFIE CUOMO, BEN MALLAH, and JAKIE BOYE, but has never touched it since the early 1980s.

Over the years, D'ARCO was trying to make a legitimate living with various business ventures, but none of these worked out. He was making some money by dealing in "swag" and hijacked goods, never making any big "scores". During this period, he was dealing with JOHN SAVINO, JIMMY BURKE, LOUIE DAIDONE, RAY ARGENTINA, FRANK MANGRONE, and LOUIE PALUMBO. D'ARCO also operated the BURGER PALACE in Manhattan up until 1990.

D'ARCO was arrested on March 17, 1983, for an earlier narcotics violation. He went to jail from June, 1983, until November, 1986.

While in jail, D'ARCO stayed basically to himself. However, on several occasions, Sicilian Organized Crime figures used D'ARCO to mediate their disputes. Also while incarcerated at Raybrook Penitiary, JIMMY BELTEMPO (GAMBINO associate) asked D'ARCO to move narcotics. D'ARCO "chased" him.

Upon D'ARCO's release from prison, he met with VIC AMUSO. AMUSO told him that they (AMUSO and CASSO) had a problem with D'ARCO's son, JOSEPH. JOSEPH D'ARCO owed VIC AMUSO and ANTHONY CASSO $80,000 from a drug deal that he was involved in while D'ARCO was away. VIC AMUSO also told D'ARCO that he thought JOSEPH was using drugs. This angered D'ARCO that AMUSO both accused JOSEPH of using drugs and also let him deal in narcotics without checking with D'ARCO first. D'ARCO then told AMUSO that he will handle it and that he will get his money. D'ARCO later learned that AMUSO had become boss of the family.

Shortly thereafter, RAFFIE CUOMO approached D'ARCO and asked him to "move" four (4) kilos of heroin, D'ARCO refused and ignored CUOMO's proposal.

D'ARCO was somewhat inactive then staying by PAUL VARIO's crew. PETER VARIO was acting capo at the time being that PAUL was incarcerated. In early 1988, D'ARCO met with VIC AMUSO at the WALNUT BAR in Brooklyn. AMUSO told D'ARCO that when PAUL VARIO dies, he is going to make D'ARCO the captain. D'ARCO explained that he was still on parole, AMUSO still wanted him to handle it. D'ARCO gave AMUSO his word of honor that he will never deal in narcotics because that can only generate additional "heat" from law enforcement. AMUSO acknowledged this statement and related that this is not what I'm talking about, I just want you to be captain.

uation of FD-302 of _____, On _____, Page _____
14,12/1,12/20&1/29/92                                           6

Shortly after PAUL VARIO died, AMUSO contacted D'ARCO and told him to meet JIMMY MCCANN at a specific house located near the WALNUT BAR.

D'ARCO drove to the house, met with MCCANN, MCCANN left, and D'ARCO went downstairs. D'ARCO met AMUSO and CASSO. They told him he was the new captain. PETER CHIODO arrived a short time later, and he (CHIODO) was also made a captain. SAL AVELLINO, PETER DIPALERMO, RAFFIE CUOMO, PETER VARIO, and ROBERT AMUSO all arrived later. D'ARCO and CHIODO were introduced as captains.

Shortly, thereafter, PETER VARIO introduced D'ARCO to DANNY CUTAIA as the new captain. D'ARCO then instructed CUTAIA to set up a meeting with the entire crew. A meeting was held at a house in Carnarsie. At the meeting was BRUNO FACCIOLA, RAYMOND ARGENTINA, PETER ABINANTI, PETER "RUGSY" VARIO, LOUIE DAIDONE, DANNY CUTAIA, and ALPHONSO "FOO" CUREALE (PH).

D'ARCO explained that he was now the captain and that he wanted to speak to each one individually. He wanted to know what each member was doing, so that they could put it on record. If they don't put it on record and a "beef" would arise, they would lose the "sit down". D'ARCO warned each member that they were not to deal in narcotics, if anyone got caught or caused a problem, they would be killed.

D'ARCO also advised that any associates that were on record with PAUL VARIO would now be with him.

D'ARCO was not yet making large amounts of money. He was working at his food stand, the BURGER PALACE, on Laight and West Streets in Manhattan. He was also, on parole, and still had the burden of being captain and responding to family problems.

He was at this time not getting money from being captain, however, he was getting more recognition. He tried to discourage different people from showing up at his business, he did not need the extra "heat".

Shortly thereafter, AMUSO assigned two additional members to D'ARCO's crew, ANTHONY "CURLY" RUSSO and FRANK LAGANO. AMUSO instructed D'ARCO to watch them very close, specifically ANTHONY RUSSO, who AMUSO described as one of the plotters against ANTHONY CORALLO. AMUSO, in CASSO's presence, told D'ARCO to keep RUSSO away from ANTHONY BARATTA and that D'ARCO had permission to kill either one of them (RUSSO and LAGANO) if they gave him any problems. It was not

```
'a (R-v. 11-15-83)
ation of FD-302 of                                              , On              , Page
  4,12/1,12/20&1/29/92                                              7
```

necessary to check back with AMUSO. Both AMUSO and CASSO were contemplating killing RUSSO at that time.

D'ARCO introduced RUSSO and LAGANO to the rest of the crew. D'ARCO instructed RUSSO to stay away from BARATTA and that if he (RUSSO) listened to D'ARCO, he would protect him and help him regain his former rank of captain.

AMUSO and CASSO then told D'ARCO to take possession of all of PAUL VARIO's monies and property, this included a home in Island Park, New York, and a house on Flatlands Avenue in Brooklyn, GEFKINS BAR, and a condo in Florida (Boca West). They told him that everything that belonged to PAUL VARIO now belonged to him. There were also allegations that DANNY CUTAIA was holding large sums of VARIO's money, which included money from the Lufthansa robbery. If D'ARCO was able to determine that CUTAIA actually had the money, he was to take it and kill CUTAIA.

D'ARCO never took possession of any of the property (worth over a million dollars), which he (D'ARCO) felt belonged to PETER VARIO (PAUL VARIO's son). However, D'ARCO did sit down with PETER and go over his father's shylock book and agreed to split it 50/50. It was determined that CLYDE BROOKS owed $215,000.00 at one percent (1%) weekly "vig" (2150.00). D'ARCO was given half of that $1075.00, per week.

Aside from BROOKS' loan, it was figured that the shylock book was worth $318,000.00. Three days later, PETER VARIO brought D'ARCO his half, which came to $159,000.00. VARIO paid in cash, mostly all new money, in sequence, delivered in a black plastic garbage bag. D'ARCO took $80,000.00 from this money and paid AMUSO and CASSO for the debt that his son, JOSEPH, incurred while D'ARCO was in jail.

D'ARCO knew that DANNY CUTAIA had additional shylock money on the street that belonged to D'ARCO having been PAUL VARIO's money, and it was not for at least a year after D'ARCO became captain that he confronted CUTAIA. They went over CUTAIA's records and they finally agreed on a figure that D'ARCO would received $4,800 a week from CUTAIA's shylock money. After the Greek faction 8f the LUCHESE(s) were assigned to D'ARCO, he then "hooked up" GEORGE KALIKATIS, aka "GEORGE THE GREEK" with CUTAIA to bring in the Greeks and build up the shylock business. Between the three, D'ARCO's end was over $3,000.00 per week in "vig" payments. D'ARCO was making additional money from other shylocking operations and gambling and extortion payoffs with FRED GALLO, PETER VARIO, ANGELO MCCONNACH, SAMMY DIBELLA, SAL CUTAIA,

uation of FD-302 of
4,12/1,12/20&1/29/92
. On ___8___ . Page ___

and others. At this point, D'ARCO was making about $10,000.00 per week, much of which he invested in his business or rolled it over in shylocking.

During the period 1988 through 1991, D'ARCO also received money from other members of the family, the bulk of which was "sent up" to VIC AMUSO and ANTHONY CASSO. Some of this money was put back into family operations and CASSO directed that a large share be put into the building of his new house in Brooklyn. Overall, approximately $2,000,000.00 was sent to AMUSO and CASSO just from D'ARCO alone. This did not include monies that AMUSO and CASSO received from other capos. FRANK LASTORINO was supplying them money from his operations along with vast amounts that he received from the "gas scam" on Long Island. They also received large sums of money from the garment center, which is perhaps the most lucrative money maker for the family bosses. AMUSO and CASSO also had their own shylocking "bank" on the street, which was handled by FRANK LASTORINO and BOBBY AMUSO, which totalled in the millions.

While D'ARCO was captain, he attended and presided at several induction ceremonies for the LUCHESE family.

In 1988, an induction ceremony was held in a house that was owned by DOMINICK "SWAGGY" CARLUCCI (CARLUCCI was not present). D'ARCO met VIC AMUSO and ANTHONY CASSO in the basement. BOBBY AMUSO was handling the door. VIC AMUSO (boss), ANTHONY CASSO (consigliere), and D'ARCO (captain) sat at the presiding table. SAL AVELLINO was also present. The proposed members waited upstairs and were brought down one at a time. The same ritual previously described was followed. The following members were "made":

JOSEPH D'ARCO was sponsored by VIC AMUSO and assigned to his father.

JO JO TRUNCALE was sponsored by VIC AMUSO and assigned to BOBBY AMUSO.

GEORGE CONTE was sponsored by ANTHONY CASSO and assigned to BOBBY AMUSO.

ANTHONY CALAGNA was sponsored by SAL AVELLINO and assigned to SAL AVELLINO.

ANTHONY SENTA was sponsored by AMUSO and CASSO and assigned to BOBBY AMUSO.

uation of FD-302 of _____, On _____, Page _____
,4,12/1,12/20&1/29/92

JOSEPH TESTA was sponsored by AMUSO and CASSO and assigned to BOBBY AMUSO.

A similiar ceremony took place in November, 1989, in the basement of the residence of PETER "RUGSY" VARIO's son-in-law, (FNU) ALBANESE. This house was located in the Carnarsie section of Brooklyn. Presiding over this meeting was VIC AMUSO and ANTHONY CASSO. Also present were D'ARCO, SALVATORE AVELLINO, PETER CHIODO, ANTHONY BARATTA, FRANK LASTORINO, and BOBBY AMUSO.

The following individuals were "made" into the LUCHESE LCN:

JOSEPH DEFEDE was sponsored by VIC AMUSO and assigned to BOBBY AMUSO.

RICHARD PAGLIARULO was sponsored by CASSO and assigned to PETER CHIODO.

MICHAEL DESANTIS was sponsored by CHIODO and assigned to CHIODO.

FRANK PAPAGNI was sponsored by CASSO and assigned to BOBBY AMUSO and FRANK FEDERICO was sponsored by BARATTA and assigned to BARATTA.

After AMUSO and CASSO went "on the lam" (May, 1990), D'ARCO was made acting boss of the LUCHESE family on January 9, 1991. He was told by AMUSO that he could not kill anyone or make any new members without his (AMUSO's) permission. On this same date, AMUSO and CASSO instructed D'ARCO to follow through on the murder of AL VISCONTE and LARRY TAYLOR.

At a later date, CASSO instructed D'ARCO to obtain a list of proposed new members from his various captains. D'ARCO compiled this list and passed it onto CASSO. The ten names on the list were returned to D'ARCO from AMUSO and CASSO with their approval. The list was then reproduced and passed on to the bosses of the other families (A. SPERO, V. ORENA, G. GOTTI, and BARNEY BELLOMO). Word came back to D'ARCO from the other families that the ten names had been approved.

Again in March of 1991, another induction ceremony was held at PETER "RUGSY" VARIO's house on East 84th Street in Brooklyn. VIC AMUSO and ANTHONY CASSO were not present. D'ARCO, as the acting boss of the family, presided with ANTHONY BARATTA, acting underboss, STEVE CREA-acting consigliere, FRANK LASTORINO-captain, LOUIE DAIDONE-acting

uation of FD-302 of _____  _____ , On _____ , Page _____
14, 12/1, 12/20&1/29/92                                           10

captain, PETER VARIO, JOSEPH D'ARCO-soldier, and JOSEPH GIAMPA-captain.

The following members were "made":

PETER DELCHIOPPO was sponsored by D'ARCO and assigned to D'ARCO.

PATTY TESTA was sponsored by AMUSO and assigned to LASTORINO.

THOMAS ANZELOTTA was sponsored by DAIDONE through D'ARCO and assigned to DAIDONE (who was acting capo for D'ARCO).

ROCCO VITTULI was sponsored by BARATTA and assigned to BARATTA.

THOMAS GILARDO was sponsored by CREA and assigned to CREA.

SANTO "JAY" GIAMPA, aka GIAMPAPA, was sponsored by JOSEPH GIAMPA and assigned to JOSEPH GIAMPA.

FRANK GIACOBBE was sponsored by CASSO and GEORGE ZAPPOLA and assigned to LASTORINO.

Two other individuals, ANTHONY MANGANO and JOSEPH COSENTINO, were supposed to be "made", however, they were incarcerated for the murder of JOHN PETROCELLI.

Between 1988 and 1991, D'ARCO was instructed by VIC AMUSO and ANTHONY CASSO to carry out the homicides of the following individuals:

BRUNO FACCIOLA; LARRY TAYLOR; AL VISCONTE; ANTHONY DILAPI; MICHAEL SALERNO; MICHAEL PAPPADIO; JOHN PETROCELLI; and ANTHONY FAVA.

VIC AMUSO, without the known involvement of CASSO, ordered to carry out the "hit" on THOMAS "RED" GILMORE.

All of the above homicides were carried out. In addition, AMUSO and CASSO ordered D'ARCO to murder the following individuals, several of whom survived assassination attempts, others were not yet killed at the time of D'ARCO's cooperation (September, 1991):

JOHN GOTTI; PETER CHIODO; TOBY ROMANO; VAL JADDICK; RICHIE GIUGA; FRANK LASTORINO; THOMAS ANZELOTTO; ANTHONY RUSSO; FRANK LAGANO; RAFFIE CUOMO; JOSEPH MARTINELLI; MIKE REALMUTO; PETER VARIO; and NEIL MIGLIORE.

...ation of FD-302 of 14,12/1,12/20&17,29/92 , On _____ , Page 11

While D'ARCO was acting boss, he met with fugitives VIC AMUSO and ANTHONY CASSO on five different occasions, each time receiving specific instructions on the overall running of the family business.

As time went on, D'ARCO started to perceive that he was receiving "curved instructions", meaning that they were double checking him. He felt he was being underminded. Certain people knew about messages that D'ARCO was to deliver before D'ARCO personally told them. This was not normal. CASSO started to show signs of hidden disagreements. Prior to AMUSO and CASSO going "on the lam", they met with D'ARCO at ANDINO'S (PH) RESTAURANT on Avenue L and East 92nd Street in Brooklyn. AMUSO handed D'ARCO a copy of a civil indictment, AMUSO appeared upset and scared. This was very uncharacteristic for AMUSO. AMUSO told D'ARCO to handle it, he said "AL you're the boss now. You're running the family". D'ARCO shrugged off the suggestion and encouraged AMUSO in his position as boss. CASSO had a strange reaction on his face. It appeared that CASSO was very upset by the statement, but did not say anything because of AMUSO's presence. This was the first time D'ARCO noticed any indication of resentment or jealousy on the part of CASSO. The situation more or less resolved itself. However, D'ARCO began to notice occasional "jabs" by CASSO directed against him as time went on.

CASSO at one time made a hypothetical proposal to D'ARCO asking him what he thought about a merger between the LUCHESE and COLOMBO families. D'ARCO could not believe what he was hearing. He explained to CASSO that first of all that the COLOMBO(s) could not be trusted and secondly the other families would never stand for it. D'ARCO felt that CASSO was scheming to get more power and set himself as the boss of a new combined family. The plan was dropped at the time, and it was never discussed in the presence of VIC AMUSO.

Approximately one year before AMUSO and CASSO became fugitives, the family was structured as such that D'ARCO, PETER CHIODO, and SAL AVELLINO were assuming more responsiblity on the street. As time went on, CHIODO began to fall out of favor and D'ARCO assumed more responsibility. CASSO was still active and AMUSO was becoming less visible. CASSO and AMUSO were both starting to worry more about the up and coming "window case".

On one occasion, a few months prior to the arrests in the "window case", AMUSO told D'ARCO at CASSO's house that if he (AMUSO) should get arrested in that case, D'ARCO should shoot and kill FAT PETE CHIODO.

)2a (Rev. 11-15-83)

Inuation of FD-302 of _____, On _____, Page _____
'14,12/1,12/20&1/29/92                                12

At one meeting with D'ARCO at JOE'S CLAM BAR in Brooklyn, AMUSO and CASSO told him that they (AMUSO and CASSO) might be getting "pinched" soon and that he (D'ARCO) would have to run the family. Shortly thereafter CASSO met D'ARCO by the canon at Fort Hamilton. CASSO advised D'ARCO that AMUSO went on the "lam" and that CASSO was going to leave also. They had an emotional departure, but before he left, CASSO told D'ARCO that he (D'ARCO) had to kill MIKE SALERNO. CASSO was adamant and labelled SALERNO as a "rat".

As previously mentioned, D'ARCO met with AMUSO and CASSO on several occasions while they were on the "lam". When D'ARCO did not meet with them personally, GEORGE ZAPPOLA, and occasionally PATTY TESTA, were used as intermediaries. ZAPPOLA would relay messages and would collect money from D'ARCO for AMUSO and CASSO. As time went on, JOSEPH D'ARCO also began to be used as a messenger between ZAPPOLA and D'ARCO because ZAPPOLA was a fugitive and was beginning to feel the "heat".

While CASSO and AMUSO were "away", D'ARCO attended numerous meetings with the hierarchy of the GAMBINO, GENOVESE, and the two factions of the COLOMBO family (the latter never meeting at the same time). These meetings dealt with the ongoing dispute as to who should run the COLOMBO family. D'ARCO and JIMMY IDA of the GENOVESE family were the only ones opposed to a shooting war. IDA and D'ARCO secretly favored JR. PERISCO while the others favored VIC ORENA. The shootings in the COLOMBO war did not start until D'ARCO left the "street".

After a period of time, while AMUSO and CASSO remained "on the lam", D'ARCO started to realize that relationships within the family were changing. AMUSO rarely met with D'ARCO, crew members were constantly being switched, people were being labelled "rats" and homicides were being ordered with no apparent justification.

During the summer of 1991, the acting hierarchy was changed and it was decided by AMUSO and CASSO that a ruling panel of four capos would run the family. The panel consisted of D'ARCO, ANTHONY BARATTA, FRANK LASTORINO, and SALVATORE AVELLINO.

On September 19, 1991, a panel meeting was held at the Kimberely Hotel on East 50th Street in Manhattan, next to the La Table Des Rois Restaurant. Before the meeting, ANTHONY BARATTA, ANTHONY RUSSO, FRANK LAGANO, ANTHONY SPERO, SALLY VITALE, and FRANK FEDERICO met at the CHIN CHIN RESTAURANT on East 49th Street. FRANK FEDERICO brought RUSSO, LAGANO, SPERO, and VITALE over to the hotel. ANTHONY BARATTA was waiting for FRANK LASTORINO to show up. FEDERICO came

)2a (Rev. 11-15-83)

nuation of FD-302 of _____. On _____. Page _____
'14,12/1,12/20&1/29/92                                         13

back for D'ARCO. He did not take him to the room, but just left him at the hotel door. FEDERICO appeared nervous and affraid. D'ARCO went up to the room and entered into the discussions. BARATTA and LASTORINO showed up later. Business went on until approximately 4:00 p.m. SPERO and VITALE left and the discussions continued. Eventually the meeting dwindled down to LASTORINO, AVELLINO, and D'ARCO. When BARATTA left, LASTORINO told him to send up MIKE DESANTIS.

DESANTIS came up shortly thereafter and placed a bag near SAL AVELLINO. AVELLINO appeared to become nervous. LASTORINO was rambling on to everyone not making any sense. D'ARCO noticed that MIKE DESANTIS had a pistol stuck under his shirt in the small of his back and it appeared that he was wearing body armor under his shirt. DESANTIS went into the bathroom and stayed in there for a long period of time. D'ARCO felt something was wrong and did not remain seated. DESANTIS came out of the bathroom and D'ARCO noticed his pistol was missing. D'ARCO said he was going to leave and LASTORINO appeared to be stalling to keep D'ARCO there.

D'ARCO finally threatened to go down to his car and come back up, LASTORINO got visibly shaken and said no. They determined that they would meet again on the following Thursday. At this point, D'ARCO had no doubt in his mind that he was going to be "hit".

D'ARCO then went to his son, JOSEPH's, house in Brooklyn and explained what took place. He warned JOSEPH to watch himself and not to go out.

On the following day, D'ARCO spoke with AVELLINO warning him that the both of them were targets.

D'ARCO then met with LOUIE DAIDONE and tried to explain what happened. D'ARCO did not like DAIDONE's reaction.

On Friday morning, D'ARCO received a call from his parole officer JOE VELTRI, who told him (D'ARCO) that FBI Agent ROBERT LIBERATORE had told VELTRI that there was a death threat against D'ARCO and that it was much more serious than the one he had received before. D'ARCO understood that the threat extended to his family. D'ARCO told VELTRI that he would come down and see him. D'ARCO then made arrangements to move his family out of town. D'ARCO called VELTRI back and told him he was moving his family. VELTRI said it was an excellent idea and asked him if he needed anyone to contact. D'ARCO advised that if need be, he (D'ARCO) would get in touch with Agent LIBERATORE. D'ARCO was then contacted by the FBI and was taken

(Rev. 11-15-83)

ation of FD-302 of _____, On _____, Page ____
14,12/1,12/20&1/29/92                                    14

into protective custody.

FD-302 (Rev. 3-10-82)

D'Arco

3501-467

\- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  1/7/92

Knowledgeable of the identities of the interviewing Agents, a cooperating witness (CW), age 59, provided the following information:

Some years ago, there were nine (9) LCN Commission members, five (5) of whom represented the New York Organized Crime Families. The other four (4) seats were occupied by the LCN families from Detroit, Philadelphia, Cleveland, and Chicago. CW noted that Chicago's commission representative may still be TONY ACCARDO. In New York, however, the representatives are VINCENT "CHIN" GIGANTE of the GENOVESE Organized Crime Family, CARMINE PERSICO of the COLOMBO LCN, and VICTOR AMUSO of the LUCHESE LCN. The BONANNO Family no longer has a seat on the commission, having lost it because of issues with the former BONANNO boss, JOE BONANNO, and because of the infiltration of the BONANNO Family by JOE PISTONE of the FBI. The last seat, for the GAMBINO Family, is problematic because JOHN GOTTI was not a sanctioned boss. Therefore, the GAMBINOs, for a while, did not have a commission seat.

The last commission meeting was held in 1988 at a "candy place" in Manhattan, New York. CW knows the identity of only four (4) of the attendees, those being VIC AMUSO, ANTHONY CASSO, VINCENT "CHIN" GIGANTE, and BENNY "EGGS" MANGANO. It was at this meeting, that JOHN GOTTI was "sanctioned" as boss of the GAMBINO LCN, but, in fact, this was part of a ruse because GOTTI's murder was being planned at that time.

Investigation on  12/17/91  at  Undisclosed            File #

by  SAs WILLIAM J. CONFREY and
    VINCENT J. PRESUTTI/VJP/mab          Date dictated  12/23/91

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.